UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAP NEOU,<br><br>　　　　Petitioner-Plaintiff,<br><br>　v.<br><br>SERGIO ALBARAN, et al.,<br><br>　　　　Respondents-Defendants. | Case No. 3:25-cv-8034<br><br>**ORDER REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 3 |

Before the Court is Petitioner-Plaintiff Lap Neou's *Ex Parte* Motion for Temporary Restraining Order. (ECF. No. 3.) Petitioner-Plaintiff, a single father of three children whose sole criminal conviction was recently overturned, seeks a temporary restraining order (TRO) to enjoin the U.S. Department of Homeland Security ("DHS") and U.S. Immigration and Customs Enforcement ("ICE") "from re-detaining him without first affording him a hearing before a neutral arbiter at which ICE bears the burden to prove that Petitioner-Plaintiff poses a danger or flight risk warranting detention." (ECF No. 3 at 5.) Petitioner-Plaintiff states that Respondent-Defendant Sergio Albaran instructed him to appear at ICE's San Francisco Field Office to be re-detained on October 8, 2025. (ECF No. 1 at ¶ 37.)

Accordingly, the Court **ORDERS** that:

1. Counsel for the parties shall meet and confer regarding whether Respondents-Defendants will agree to not detain Petitioner-Plaintiff ahead of a hearing on a preliminary injunction motion. If Respondents-Defendants intend to re-arrest Petitioner-Plaintiff, Respondents-Defendants shall file a response to Petitioner-Plaintiff's TRO Motion by no later than **Friday, September 26, 2025**. Any reply shall be filed by **Tuesday, September 30, 2025.**

2. A hearing on Petitioner-Plaintiff's TRO motion is set for **Thursday, October 2, 2025 at 2:00 p.m.** in Courtroom 8, 450 Golden Gate Ave, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 22, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge