UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAP NEOU,<br><br>    Petitioner-Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>    Respondents-Defendants. | Case No. 25-cv-08034-JSC<br><br>**ORDER REQUIRING JOINT STATUS UPDATE**<br><br>Re: Dkt. Nos. 3, 16 |

Before the Court is Petitioner-Plaintiff's Motion for a Preliminary Injunction. Petitioner-Plaintiff originally filed the Motion as a request for a Temporary Restraining Order, then the Court converted it to a Motion for Preliminary Injunction pursuant to the parties' stipulation. (Dkt. Nos. 3, 10, 12.) In his Motion, Petitioner-Plaintiff indicated he had filed a motion to reopen his immigration case because a court vacated the criminal conviction underlying his removal order. (Dkt. No. 3 at 5.) In a footnote in his Reply, Petitioner-Plaintiff states:

> On the day of this filing, Mr. Neou attended his check-in and an ICE officer instructed him to return on December 8, 2025. As of this afternoon, the Executive Office for Immigration Review website reflects that the immigration judge granted Mr. Neou's motion to reopen on October 7, 2025. Mr. Neou proceeds with filing this brief to adhere to the parties' stipulated briefing schedule, but has informed Respondents-Defendants of today's developments and intends to meet and confer with Respondents-Defendants as soon as possible.

(Dkt. No. 16 at 6 n.1.)

Accordingly, the Court requires the parties to file a joint status report **by 4:00 pm on Tuesday, October 14, 2025.** The report should confirm these developments and explain how they affect Petitioner-Plaintiff's preliminary injunction motion and Respondent-Defendants' plans to re-detain Petitioner-Plaintiff.

**IT IS SO ORDERED.**

Dated: October 10, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge