United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAP NEOU,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 3:25-cv-08034-JSC

**ORDER TO SHOW CAUSE TO PETITIONER**

Petitioner Lap Neou filed this petition for writ of habeas corpus and motion for a temporary injunction seeking an order enjoining Respondents from re-detaining him at his scheduled check-in with Immigration and Customs Enforcement (ICE). (Dkt. Nos. 1, 3.) Based on the parties' stipulation, the Court converted the TRO into a motion for preliminary injunction. (Dkt. Nos. 10, 12.) The parties then filed a joint status update wherein Respondents represented the government had no imminent intent to re-detain Petitioner and would comply with the notice requirements of *Nak Kim Chhoeun v. Marin*, 442 F. Supp. 3d 1233 (C.D. Cal. 2020), given Petitioner's status as a class member. (Dkt. No. 18.) The Court thus issued a preliminary injunction prohibiting Respondents from "re-detain[ing] Petitioner-Plaintiff without first providing the notice required by *Chhoeun v. Marin*." (Dkt. No. 20 at 2.) There has been no further activity in this action since the Court's October 15, 2025 order. Petitioner is thus ORDERED TO SHOW CAUSE as to why this petition should not be dismissed without prejudice. Petitioner shall file a written response to this Order by September 9, 2026.

**IT IS SO ORDERED.**

Dated: August 26, 2026

JACQUELINE SCOTT CORLEY
United States District Judge