UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAP NEOU,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 3:25-cv-08034-JSC

**DISMISSAL ORDER**

Re: Dkt. No. 24

Petitioner Lap Neou filed this petition for writ of habeas corpus and motion for a temporary injunction seeking an order enjoining Respondents from re-detaining him at his scheduled check-in with Immigration and Customs Enforcement (ICE). (Dkt. Nos. 1, 3.) Based on the parties' stipulation, the Court converted the TRO into a motion for preliminary injunction. (Dkt. Nos. 10, 12.) The parties then filed a joint status update wherein Respondents represented the government had no imminent intent to re-detain Petitioner and would comply with the notice requirements of *Nak Kim Chhoeun v. Marin*, 442 F. Supp. 3d 1233 (C.D. Cal. 2020), given Petitioner's status as a class member. (Dkt. No. 18.) The Court thus issued a preliminary injunction prohibiting Respondents from "re-detain[ing] Petitioner-Plaintiff without first providing the notice required by *Chhoeun v. Marin*." (Dkt. No. 20 at 2.)

As there has been no further activity in this action since the Court's order, the Court ordered Petitioner to show cause as to why this action should not be dismissed without prejudice. (Dkt. No. 23.) Petitioner has filed a response agreeing dismissal is appropriate. (Dkt. No. 24.)

Accordingly, this action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: September 9, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California